EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, California 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
Michael A. Chernoff (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
        mchernoff@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, | Case No. |
| Plaintiff, | **COMPLAINT** |
| vs. | **JURY TRIAL DEMANDED** |
| BLISSERA CORP.; SUREN ALEXANIAN; and JOHN DOE | |
| Defendants. | |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendant Blissera Corp.

("Blissera"), Defendant Suren Alexanian ("Alexanian"), and Defendant John Doe ("Doe") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Blissera's, Alexanian's, and Doe's unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

1. Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2. On information and belief, Defendant Blissera is a Delaware corporation having a principal place of business at 101 Jefferson Drive, Menlo Park, CA 94025.

3. On information and belief, Defendant Alexanian is an adult individual residing at 1656 Redwing Avenue, Sunnyvale, CA 94087.

4. On information and belief, Defendant Doe is an adult individual who is an employee or otherwise associated with Blissera.

## JURISDICTION AND VENUE

5. This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks's SOLIDWORKS software packages and under state law for breach of contract.

6. This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a). This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

7. This Court has personal jurisdiction over Blissera because, among other things, Blissera resides in and conducts business in California and in this judicial district.

8. This Court has personal jurisdiction over Alexanian because, among other things, Alexanian is the CEO of Blissera and a resident of California, also residing within this judicial district.

9. This Court has personal jurisdiction over Doe because, upon information and belief, Doe is an employee of Blissera and a resident of California, also residing within this judicial district.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

11. DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

12. DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

13. DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0008895494 | SOLIDWORKS 2019 |
| TX 0008885576 | SOLIDWORKS 2020 |
| TX 0009074914 | SOLIDWORKS 2022 |
| TX 0009277249 | SOLIDWORKS 2023 |

Table 1

### Detection of Infringement by Defendants

14. The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the

SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

15. Through its monitoring technology, DS SolidWorks detected at least 290 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least three different computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | Mac Addresses |
|---|---|
| 1 | 3cf86248d33f<br>3cf86248d33e<br>00012e71d9a0<br>3cf86248d342<br>00012e71d99f |
| 2 | 34f39aa5656c<br>9c5c8e024349<br>34f39aa56569<br>34f39aa56568 |
| 3 | 887873e8e3bb<br>887873e8e3ba<br>887873e8e3be |

Table 2

**Computer 1**

16. On November 1, 2021, Blissera activated a separate valid SolidWorks Entrepreneur license on Computer 1 while connected to the internet from an IP address of 98.42.233.185 (the "November 1, 2021, Activation").

17. The registered email address on the November 1, 2021, Activation was "alex@blissera.com".

18. Alexanian sometimes goes by the name "Alex."

19. The URL "blissera.com" directs to Blissera's website.

20. The domain "blissera.com" is an email domain name established by and/or used by Blissera.

21. The email address "alex@blissera.com" is used by Alexanian.

22. Blissera connects to the internet through IP Address 98.42.233.185.

23. Through its monitoring technology, DS SolidWorks detected that 167 of the above-referenced 290 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

24. Through its monitoring technology, DS SolidWorks detected that 63 of the above-referenced 290 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while connected to the internet from an IP address of 98.42.233.185.

25. Through its monitoring technology, DS SolidWorks detected a registered account having the email address "alex@blissera.com" on Computer 1.

26. Through its monitoring technology, DS SolidWorks detected the username "alexa" registered on Computer 1 during an unauthorized use of SOLIDWORKS.

27. "alexa" is a combination of Alexanian's alias, i.e., "Alex", and Alexanian's last name initial, i.e., "A".

28. "alexa" is a truncated version of "Alexanian".

29. The username "alexa" is used by Alexanian.

30. Through its monitoring technology, DS SolidWorks detected a registered account having the email address "paypal@crossroad.com" on Computer 1.

31. Alexanian purports to be the Founder of "crossroad.com" on his LinkedIn profile. Alexanian's LinkedIn profile is attached as Exhibit 2, hereto.

32. The domain "crossroad.com" is an email domain name established by and/or used by Alexanian.

33. Alexanian is a user of Computer 1.

34. Computer 1 is owned by and/or is under the control of Blissera.

35. An employee of Blissera or person under the control of Blissera is a user of Computer 1.

36. An employee of Blissera or person under the control of Blissera has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

37. Alexanian has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

**Computer 2**

38. Through its monitoring technology, DS SolidWorks detected that 115 of the above-referenced 290 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while connected to the internet from an IP address of 98.42.233.185.

39. Through its monitoring technology, DS SolidWorks detected a registered account having the email address "alex@blissera.com" on Computer 2.

40. Alexanian is a user of Computer 2.

41. Computer 2 is owned by and/or is under the control of Blissera.

42. An employee of Blissera or person under the control of Blissera is a user of Computer 2.

43. An employee of Blissera or person under the control of Blissera has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

44. Alexanian has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

**Computer 3**

45. Through its monitoring technology, DS SolidWorks detected that 8 of the above-referenced 290 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

46. Through its monitoring technology, DS SolidWorks detected that 7 of the above-referenced 290 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while connected to the internet from an IP address of 98.42.233.185.

47. Through its monitoring technology, DS SolidWorks detected a registered account having the email address "alex@blissera.com" on Computer 3.

48. Alexanian is a user of Computer 3.

49. Computer 3 is owned by and/or is under the control of Blissera.

50. An employee of Blissera or person under the control of Blissera is a user of Computer 3.

51. An employee of Blissera or person under the control of Blissera has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

52. Alexanian has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

**Infringement, Circumvention, and Breach by Defendants**

53. The Computers are owned by at least one of the Defendants.

54. Blissera purports to develop personal vacuum elevators for low-rise residential and commercial property. *See* https://www.blissera.com/about.

55. DS SolidWorks' SOLIDWORKS software packages are frequently used by developers of products, such as elevators.

56. The Computers have been used by at least one of Alexanian, employees of Blissera, or persons under the control of Blissera.

57. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera downloaded one or more copies of SOLIDWORKS from the internet.

58. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera installed one or more copies of SOLIDWORKS on the Computers.

59. During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as Exhibit 3, hereto.

60. The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." Ex. 3, at 2/45.

61. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

62. One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id.*, at 2/45.

63. The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has been paid for such copy: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." *Id.*, at 3/45.

64. But Defendants did not pay the license fee for the copies of SOLIDWORKS that were installed.

65. Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

66. Additional terms and conditions of the License Agreement include that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

67. Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures.

68. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

69. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

70. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

71. Upon information and belief, Blissera received a direct financial benefit from the use of SOLIDWORKS by at least one of Alexanian, employees of Blissera, or persons under the control of Blissera.

**Notice of Infringement to Defendants Blissera and Alexanian**

72. On April 7, 2022, counsel for DS SolidWorks sent a first letter to Blissera via email and First Class Mail to Alexanian, offering to resolve Blissera's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on Computer 1. The April 7, 2022, letter is attached as Exhibit 4, hereto.

73. Between April 7, 2022, and April 24, 2022, counsel for DS SolidWorks communicated with Alexanian regarding the possibility of resolving Blissera's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of email messages. Emails from the communications between the counsel for DS SolidWorks and Alexanian from between April 7, 2022, and April 24, 2022, are attached as Exhibit 5, hereto.

74. Between November 10, 2022, and November 16, 2022, a license compliance investigator from DS SolidWorks communicated with Alexanian regarding the possibility of resolving Blissera's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of emails. Emails from the communications between the license

compliance investigator for DS SolidWorks and Alexanian from between November 10, 2022, and November 16, 2022, are attached as Exhibit 6, hereto.

75. Computers 2 and 3 were discovered to be connected to Blissera after attempts to contact Blissera began.

## COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

76. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

77. SOLIDWORKS, including SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022, and SOLIDWORKS 2023, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

78. DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

79. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera downloaded the SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022, and SOLIDWORKS 2023 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

80. Subsequently to downloading a copy of SOLIDWORKS, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

81. Each time at least one of Alexanian, employees of Blissera, or persons under the control of Blissera caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile

1  memory, e.g., random access memory (RAM) without authorization or permission from
2  DS SolidWorks.

3      82.    At least one of Alexanian, employees of Blissera, or persons under the
4  control of Blissera executed SOLIDWORKS at least on the Computers.

5      83.    By making unauthorized copies of SOLIDWORKS as described above, at
6  least one of Alexanian, employees of Blissera, or persons under the control of Blissera
7  infringed and violated (directly or indirectly) DS SolidWorks's copyrights in
8  SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS
9  SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted
10  work in copies."

11      84.    Upon information and belief, Blissera received a direct financial benefit from
12  the above-described infringement of DS SolidWorks's copyrights.

13      85.    At least one of Blissera's, Alexanian's, or Doe's infringement and violation
14  of DS SolidWorks's copyrights has been knowing and willful.

15      86.    DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II
## CIRCUMVENTION OF TECHNOLOGICAL MEASURES
## (17 U.S.C. § 1201)

20      87.    DS SolidWorks repeats and incorporates herein each of the preceding
21  paragraphs.

22      88.    SOLIDWORKS includes technological measures that effectively control
23  access to the SOLIDWORKS software, including a requirement during installation to
24  input an authorized License Key provided by DS SolidWorks to properly-licensed users
25  of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation,
26  subsequent use of, and access to SOLIDWORKS.

27      89.    Neither Blissera, Alexanian, nor Doe received an authorized License Key
28  from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

90. Upon information and belief, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

91. Upon information and belief, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

92. By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera have violated 17 U.S.C. § 1201.

93. Each time at least one of Alexanian, employees of Blissera, or persons under the control of Blissera used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

94. Upon information and belief, Blissera received a direct financial benefit from the above-described circumvention.

95. DS SolidWorks has been damaged by at least one of Blissera's Alexanian's, or Doe's above-described actions.

## COUNT III
## BREACH OF CONTRACT
## (Massachusetts Common Law)

96. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

97. The installation of SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022 and SOLIDWORKS 2023 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Ex. 3.

98. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDOWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022, and SOLIDWORKS 2023.

99. The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 3, at 3/45.

100. Neither Blissera, Alexanian, nor Doe paid the license fee for the above-mentioned unauthorized and unlicensed uses.

101. By installing and/or using SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022, and SOLIDWORKS 2023 on the Computers without paying the license fee, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement.

102. The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" *Id.*, at 2/45.

103. Neither Blissera, Alexanian, nor Doe received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

104. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera downloaded the SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2022, and SOLIDWORKS 2023 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

105. Subsequent to downloading a copy of SOLIDWORKS, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

106. Each time at least one of Alexanian, employees of Blissera, or persons under the control of Blissera executed SOLIDWORKS, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

107. At least one of Alexanian, employees of Blissera, or persons under the control of Blissera executed SOLIDWORKS at least on the Computers.

108. By copying SOLIDWORKS as described above, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement by copying SOLIDWORKS without the right to do so.

109. By loading SOLIDWORKS onto the Computers, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement by loading SOLIDWORKS without the right to do so.

110. By using SOLIDWORKS on the Computers, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement by using SOLIDWORKS without the right to do so.

111. The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

112. Upon information and belief, after installing SOLIDWORKS, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera ran the SolidSquad (SSQ) crack program.

113. Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

114. By running the SolidSquad (SSQ) crack program, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement.

115. DS SolidWorks did not provide Blissera, Alexanian, and/or Doe a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Alexanian, employees of Blissera, or persons under the control of Blissera for the above-referenced unlicensed and unauthorized uses.

116. By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Alexanian, employees of Blissera, or persons under the control of Blissera breached the License Agreement.

117. The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. *Id.,* at 3/45.

118. DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A. For a judgment determining that Blissera, Alexanian, and Doe have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B. For a judgment determining that Blissera, Alexanian, and Doe have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C. For a finding that such infringement and/or circumvention was willful;

  D. For a judgment determining that Blissera, Alexanian, and Doe have breached the License Agreement under Massachusetts Common Law;

  E. For a judgment preliminarily and permanently enjoining and restraining Blissera, including its officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, Alexanian, and Doe from directly or indirectly infringing DS SolidWorks's copyrights;

  F. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Blissera, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

  G. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Blissera, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

  H. For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

  I. For such other and further relief as the Court deems just and proper.

## **DEMAND FOR A JURY TRIAL**

DS SolidWorks hereby demands a trial by jury in this action.

Dated: June 27, 2023       HARRINGTON, FOXX, DUBROW & CANTER, LLP

                By: /s/ Edward W. Lukas, Jr.
                  EDWARD W. LUKAS, JR.
                  Attorneys for Plaintiff
                  DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

| | |
|---|---|
| Dated: June 27, 2023 | HARNESS, DICKEY & PIERCE, P.L.C. |
| | By: /s/ Glenn E. Forbis |
| | GLENN E. FORBIS (*Pro Hac Vice*) |
| | MICHAEL A. CHERNOFF *(Pro Hac Vice)* |
| | Attorneys for Plaintiff |
| | DASSAULT SYSTÈMES SOLIDWORKS CORPORATION |

HARNESS.014\PLEADINGS\Complaint

17

COMPLAINT