EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Blvd., Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel. 248-641-1600
Fax: 248-641-0270
Email: gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>　　Plaintiff,<br><br>vs.<br><br><br>BLISSERA CORP.,<br>SUREN ALEXANIAN,<br>and<br>JOHN DOE<br>　　　　　　　　．<br>　　Defendants. | Case No.: 5:23-cv-03190-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION**  ORDER<br><br>Complaint Filed: June 27, 2023 |

1

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION**

# BACKGROUND

1. Plaintiff is the creator, author, and owner of the software coder for the SOLIDWORKS software package.

2. Plaintiff owns copyright registrations for the SOLIDWORKS software package, including those shown in Table 1 below.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0008895494 | SOLIDWORKS 2019 |
| TX 0008885576 | SOLIDWORKS 2020 |
| TX 0009074914 | SOLIDWORKS 2022 |
| TX 0009277249 | SOLIDWORKS 2023 |

Table 1

3. Through its monitoring technology, DS SolidWorks detected at least 125 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least seven computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Addresses |
|---|---|
| 1 | 3cf86248d33f<br>3cf86248d33e<br>00012e71d9a0<br>3cf86248d342<br>00012e71d99f |
| 2 | 34f39aa5656c<br>9c5c8e024349<br>34f39aa56569<br>34f39aa56568 |
| 3 | 887873e8e3bb<br>887873e8e3ba<br>887873e8e3be |

Table 2

2

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION**

4. Plaintiff filed a complaint against the Defendants alleging the Defendants violated U.S. copyright laws by downloading and using, without authorization, Plaintiff's SOLIDWORKS software package.

TO THE COURT AND TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

Pursuant to *Local Rule* 7-1, Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION (hereinafter "Plaintiff") and Defendants BLISSERA CORP. and SUREN ALEXANIAN (hereinafter "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff filed Case No. 3:23-cv-03190 in the United States District Court for the Northern District of California; and

2. WHEREAS, Plaintiff and Defendants have reached a negotiated settlement that they desire to have entered as a consent judgement, and, accordingly, they hereby respectfully request that the court enter the relief in the form agreed by the Parties and shown in the [Proposed] Consent Judgement and Permanent Injunction attached hereto as Exhibit "A" and filed concurrently herewith.

DATED this 16th day of April, 2024..

HARNESS, DICKEY & PIERCE, PLC
By: /s/Glenn E. Forbis
Glenn E. Forbis (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Telephone: 248-641-1600
Email:    gforbis@harnessip.com
          jfoley@harnessip.com

AND

HARRINGTON, FOXX, DUBROW & CANTER, LLP
Edward W. Lukas, Jr., State Bar No. 155214

GORDON REES SCULLY MANSUKHANI,LLP
By: /s/ Reid E. Damman
Reid E. Dammann
Quyen Thi Le
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900

Attorneys for Defendants BLISSERA CORP. and SUREN ALEXANIAN

3

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION**

1 | 535 N. Brand Blvd., Suite 800
2 | Glendale, CA 91203
3 | Telephone (213) 489-3222
4 | Facsimile (213) 623-7929
  | E-mail: elukas@hfdclaw.com
5
6 | **Attorneys for DASSAULT SYSTÈMES SolidWorks CORPORATION**

4

STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will be served by operation of the Court's electronic filing system upon all counsel of record and ECF participants.

/s/ Jeremiah Foley
Jeremiah J. Foley
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Ste. 200
Troy, MI 48088

5

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AND PERMANENT INJUNCTION**

EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel. 248-641-1600
Fax: 248-641-0270
Email: gforbis@harnessip.com
        jfoley@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>BLISSERA CORP. AND SUREN ALEXANIAN<br><br>    Defendants. | Case No. 3:23-cv-03190-CRB<br><br>[~~PROPOSED~~] **CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed: June 27, 2023 |

1. Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION ("Dassault" or "Plaintiff") is the creator, author, and owner of the software code for the DS SolidWorks' SOLIDWORKS software package.

2. Plaintiff has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

3. Plaintiff owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008101716 | SolidWorks 2015 |
| TX 0008284758 | SolidWorks 2016 |
| TX 0008895494 | SOLIDWORKS 2019 |
| TX 0008885576 | SOLIDWORKS 2020 |
| TX 0009112305 | SOLIDWORKS 2021 |

Table 1

4. Through its monitoring technology, DS SolidWorks detected at least 290 alleged uses of unlicensed and unauthorized copies of the SOLIDWORKS software by Defendants BLISSERA CORP. AND SUREN ALEXANIAN. ("Blissera, et al." or "Defendants") (Dassault and Blissera, et al. are collectively referred to as the "Parties"). The use occurred on at least three computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Addresses |
|---|---|
| 1 | 3cf86248d33f<br>3cf86248d33e<br>00012e71d9a0<br>3cf86248d342<br>00012e71d99f |
| 2 | 887873e8e3bb<br>887873e8e3ba<br>887873e8e3be |
| 3 | 34f39aa5656c<br>9c5c8e024349<br>34f39aa56569<br>34f39aa56568 |

Table 2

5. Plaintiff filed a complaint against Defendants alleging Defendants violated U.S. copyright laws by downloading and using, without authorization, Plaintiff's SOLIDWORKS software package.

6. Defendants have denied and continue to deny all allegations in the complaint. By entering into this Consent Judgment, the Defendants do not admit any violation of law, and it does not constitute evidence of an admission by Defendants regarding any issue of law or fact alleged in the Complaint.

The Court, having considered the request of the Parties to enter the following relief, and such relief appearing reasonable under the circumstances, the Court finds as follows:

On June 27, 2023, Plaintiff filed Case No.: 3:23-cv-03190-CRB in the United States District Court for the Northern District of California. Plaintiff and Defendants have now stipulated to the entry of the following Consent Judgement.

The Parties agree and the Court finds as follows:

A. Plaintiff brought this action asserting its registered U.S. copyrights.

B. The Court has subject matter jurisdiction over this action.

C. The Court has personal jurisdiction over Defendants.

D. The Parties have reached agreement to resolve this matter and request that the Court enter the following relief.

Therefore, JUDGMENT IS HEREBY ENTERED in favor of Dassault Systèmes SolidWorks Corporation.

Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that Defendants BLISSERS CORP. and SUREN ALEXANIAN, and its employees, agents, related companies, all persons under the direction of Defendants, and other persons in active concert or participation with any of them and who receive actual notice of this Order (together, the "Enjoined Parties"), are hereby permanently prohibited from using any copies of DS SolidWorks' SOLIDWORKS software package without being the lawful owner of appropriate licenses permitting such use.

IT IS FURTHER HEREBY ORDERED that Defendants BLISSERA CORP. and

SUREN ALEXANIAN pay Twenty Thousand Dollars ($20,000 USD) by April 30, 2024.

IT IS FURTHER HEREBY ORDERED that each Party shall bear its own costs and attorneys' fees. This Court specifically retains jurisdiction of this matter for purposes of enforcing the terms of the Consent Judgment. This is a final order and judgement.

**IT IS SO ORDERED**

DATED this 17th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE
Hon. Charles R. Breyer

**DASSAULT SYSTÈMES SOLIDWORKS CORPORATION**

*[Signature]*

Signature

Printed Name: Glenn E. Forbis

Title: Power of Attorney for Plaintiff

Execution Date: April 10, 2024

**BLISSERA CORP.**

*[Signature]*

Signature

Printed Name: Suren Alexanian

Title: CEO

Execution Date: April 11, 2024

**SUREN ALEXANIAN**

*[Signature]*

Signature

Printed Name: Suren Alexanian

Title: Self

Execution Date: April 11, 2024

28140876.1